**John B. McGARITY,
Claimant/Appellant,**

v.

**G & S MANAGEMENT COMPANY,
Employer/Respondent.**

**No. 60141.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 17, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 14, 1992.

Application to Transfer Denied
Feb. 25, 1992.

Robert James Reinhold, St. Louis, for claimant/appellant.

Richard J. Fitzgerald and Kenneth D. Alexander, Luke & Cunliff, St. Louis, for employer/respondent.

## ORDER

### PER CURIAM.

Claimant appeals from an order of the Labor and Industrial Relations Commission dismissing his claim for worker's compensation. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).